No. 40161.—Protests 356141–G, etc., of Calvaire et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, candy boxes, cylindrical boxes, powder boxes, round bowls, tea pots, and photo frames chiefly used for utilitarian purposes in the household or articles of hollow ware were held dutiable at 40 percent under paragraph 339. *Rice* v. *United States* (T. D. 49373) and *Woolworth* v. *United States* (T. D. 47857) followed.

No. 40162.—Protests 316264–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the atomizers and powder boxes in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 40163.—Protests 307682–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the atomizers and powder boxes in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 40164.—Protests 309443–G, etc., of J. E. Bernard & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, baskets, trays, and vases chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 40165.—Protests 303906–G, etc., of A. Steinhardt & Bro. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the atomizers and thimbles in question are chiefly used in the household for utilitarian purposes or are hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.